UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

KULDEEP SINGH and
AMANDEEP KAUR,

Debtor.

BK Case No.: 20-41448-RLE

Chapter 11

**OPPOSITION TO MOTION FOR
APPOINTMENT OF CHAPTER 11
TRUSTEE**

Date: December 16, 2020
Time: 2:00 p.m.
Location: Telephone / Videoconference[1]
Judge: Honorable Roger L. Efremsky

I, _Jagjit Singh Irankas_, am a general unsecured creditor of Debtors in Possession Kuldeep Singh and Amandeep Kaur ("Debtor"), and I hereby oppose (the

---

[1] Paragraph 9 of *General Order 38 (Fourth Amended)* provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'" See https://www.canb.uscourts.gov/sites/default/files/general-orders/Fourth AmendedGO38_1.pdf

BK CASE NO. 20-41448-RLE
OPPOSITION TO MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE

- 1 -

"Opposition") the *Motion for Appointment of Chapter 11 Trustee* (the "Motion") [Dkt. No. 41] filed by secured creditor Southlight Funding, LLC, as successor by assignment to ATL Funds, LLC, successor by conversion to Northlight Trust 1 (collectively, "Southlight") in the above-captioned matter, as appointment of a Chapter 11 Trustee is not in my best interest and is not in the best interest of creditors of this bankruptcy estate.

Dated: December 2 , 2020

By: _Jagjit Singh_

Secured Creditor