**MEYER LAW GROUP LLP**
 A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

Attorneys for Debtors
KULDEEP SINGH and
AMANDEEP KAUR

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KULDEEP SINGH and<br>AMANDEEP KAUR,<br><br>Debtors. | BK Case No.: 20-41448-RLE<br><br>Chapter 11<br><br>**SUBSTITUTION OF ATTORNEY FOR DEBTORS KULDEEP SINGH AND AMANDEEP KAUR** |

**TO: THE U.S. BANKRUPTCY COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that debtors Kuldeep Singh and Amandeep Kaur ("Debtor"), address: 255 Happy Valley Road, Pleasanton, California 94566, hereby substitutes in *propria persona* into the above-captioned Bankruptcy Case in place of prior counsel Brent D. Meyer of MEYER LAW GROUP, LLP, 268 Bush Street #3639, San Francisco, California, 94104, Telephone (415) 765-1588, Facsimile (415) 762-5277.

**I HEREBY CONSENT TO THE ABOVE SUBSTITUTION**:

Dated: January 28, 2021          **MEYER LAW GROUP, LLP**

/s/ BRENT D. MEYER
Brent D. Meyer
Attorney

**I HEREBY ACCEPT THE ABOVE SUBSTITUTION**:

Dated: February 4, 2021

/s/ KULDEEP SINGH
Kuldeep Singh,
Debtor, in *propria persona*

Dated: February 4, 2021

/s/ AMANDEEP KAUR
Amandeep Kaur,
Debtor, in *propria persona*

TO: THE U.S. BANKRUPTCY COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that debtors Kuldeep Singh and Amandeep Kaur ("Debtor"), address: 255 Happy Valley Road, Pleasanton, California 94566, hereby substitutes in *propria persona* into the above-captioned Bankruptcy Case in place of prior counsel Brent D. Meyer of MEYER LAW GROUP, LLP, 268 Bush Street #3639, San Francisco, California, 94104, Telephone (415) 765-1588, Facsimile (415) 762-5277.

I HEREBY CONSENT TO THE ABOVE SUBSTITUTION:

Dated: January 28, 2021

MEYER LAW GROUP, LLP

_____
Brent D. Meyer
Attorney

I HEREBY ACCEPT THE ABOVE SUBSTITUTION:

Dated: 2/4/, 2021

_____
Kuldeep Singh,
Debtor, in *propria persona*

Dated: 2/4, 2021

_____
Amandeep Kaur,
Debtor, in *propria persona*

CASE NO. 20-41448-RLE

- 2 -

SUBSTITUTION OF ATTORNEY FOR DEBTOR IN POSSESSION KULDEEP SINGH AND AMANDEEP KAUR